IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MD DISTRIBUTORS, CORP., **Plaintiff**, v. DUTCH OPHTHALMIC RESEARCH CENTER INTERNATIONAL B.V., **Defendant.** | **Civil No.** 18-1120 (FAB) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 18), this case is **DISMISSED WITHOUT PREJUDICE**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 23, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE